# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Turner,<br><br>  Plaintiff,<br><br>v.<br><br>Transworld Systems Incorporated,<br><br>  Defendant. | No. CV-15-00997-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Notice of Settlement and Request to Vacate Scheduling Conference (Doc.19), filed September 23, 2015. Having considered the joint notice and request,

**IT IS ORDERED** that the parties shall file a Stipulation of Dismissal <u>on or before October 1, 2015</u>.

**IT IS FURTHER ORDERED** that if a Stipulation of Dismissal has not been filed by October 1, 2015, the parties shall file a status report to the Court on that date.

**IT IS FINALLY ORDERED** granting the request and **vacating** the Rule 16 Scheduling Conference set for September 23, 2015 at 3:00 p.m.

Dated this 23rd day of September, 2015.

Honorable Diane J. Humetewa
United States District Judge