# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Turner,<br><br>            Plaintiff,<br><br>v.<br><br>Transworld Systems Incorporated,<br><br>            Defendant. | No. CV-15-00997-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 28),

**IT IS HEREBY ORDERED** dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the United States District Court for the District of Arizona shall retain exclusive and continuing jurisdiction to resolve any disputes which may arise of out of the parties' settlement.

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this action.

Dated this 7th day of January, 2016.

Honorable Diane J. Humetewa
United States District Judge